UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-0158-CEA-SKL ) |
| ROMAR CONSTRUCTION CO., | ) ) ) |
| Defendant. | ) |

# ORDER

Before the Court is motion of current counsel Matthew J. Evans[1] ("Attorney Evans") and the firm of Kay Griffin Evans, PLLC seeking to withdraw [Doc. 30] from representation of Defendant RoMar Construction Co. ("Defendant") due to a possible alleged conflict of interest, and to substitute attorneys, Daniel H. Rader, IV ("Attorney Rader") and the firm of Moore, Rader, Fitzpatrick and York, P.C. as counsel of record for Defendant. Plaintiff State Farm Fire and Casualty Company filed a verified response [Doc. 31] stating no opposition to Defendant's motion "provided any substitution does not delay this litigation" particularly scheduled depositions.[2] On October 9, 2024, Attorney Rader, IV and Attorney Andre Sean Greppin ("Attorney Greppin") filed a motion for protective order on behalf of Defendant [Doc. 32], as well as a notice of appearance filed by Attorney Greppin [Doc. 33].

---

[1] The motion [Doc. 30] also seeks withdrawal of Attorney Corey Williams with the firm of Kay Griffin Evans, PLLC from representation of Defendant. Attorney Corey Williams is not listed as counsel of record on the Court's docket of this matter and Attorney Corey Williams has not filed a notice of appearance.

[2] If the parties are unable to resolve scheduling issues during good faith conferral, delays may be addressed in connection with the pending motion for protective order [Doc. 32] or other properly filed motions once any valid subject matter jurisdiction issues are addressed [see Doc. 34].

Accordingly, Attorney Evans and the firm of Kay Griffin Evans, PLLC's unopposed motion to withdraw as counsel on behalf of Defendant RoMar Construction Co. [Doc. 30] is **GRANTED** and the Clerk is **DIRECTED** to terminate Matthew J. Evans and the firm of Kay Griffin Evans, PLLC as counsel of record for Defendant and to substitute Attorneys Daniel H. Rader, IV and Andre Sean Greppin and the firm of Moore, Rader, Fitzpatrick and York, P.C. as counsel of record for Defendant.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE