UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

**State Farm Fire and Casualty Company**
as subrogee of Adam and Lyndsey Boeselager

    *Plaintiff*　　　　　　　　　　　　　　1:24cv00158 CEA SKL

**v.**　　　　　　　　　　　　　　　　　　　Jury Demanded

**RoMar Construction Co.**

    *Defendant*

## Plaintiff's Response to
## Defendant's Motion For Protective Order [Document 32]

As represented in their email to the Court last week (see attached), the parties have conferred and agreed to postpone the depositions at issue in RoMar's Motion for Protective Order. That Motion is thus moot.

| | |
|---|---|
| Friday, October 18, 2024 | Respectfully submitted, |
| Knoxville, Tennessee | QUIST, FITZPATRICK & JARRARD PLLC |
| | By: */s/ Michael A. Durr* |
| | Michael A. Durr (TBA 26746) |
| | 800 South Gay Street, Suite 2121 |
| | Knoxville, Tennessee 37929 |
| | Direct: (865) 312-0440 |
| | Email: mdurr@qfjlaw.com |
| | *Attorney for Plaintiff State Farm* |

**Certificate of Service**

On Friday, October 18, 2024 I served this document by electronic mail to the following email addresses:

- Danny Rader
  danny@mooreradrer.com
- Andre Greppin
  andre@moorerader.com

                                       By: */s/ Michael A. Durr*
                                                 Michael A. Durr

# Michael A. Durr

| | |
|---|---|
| **From:** | Michael A. Durr <mdur@qfjlaw.com> |
| **Sent:** | Friday, October 11, 2024 3:04 PM |
| **To:** | 'lee_chambers@tned.uscourts.gov' |
| **Cc:** | 'Daniel H Rader IV'; 'Andre Greppin'; 'koconnor@qfjlaw.com' |
| **Subject:** | 1:24-cv-00158-CEA-SKL State Farm Fire and Casualty Company v. RoMar Construction Co |

Your Honor:

The parties conferred on Thursday, October 10 (yesterday). We agreed to postpone the RoMar depositions set for later this month and to propose a new Case Management Order which allows RoMar's new counsel some time to learn the case. We will submit a proposal in this regard next week. We have also received and expect to meet the Court's inquiry about subject matter jurisdiction.

Thank you and have a good weekend.

_____

Michael A. Durr | Quist, Fitzpatrick & Jarrard PLLC

800 South Gay Street, Suite 2121 | Knoxville, TN 37929

Direct: (865) 312-0440 | E-mail: mdurr@qfjlaw.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.