| | |
|---|---|
| **For:** | |
| **Participant:** | LYNDSEY BOESELAGER |
| **File Change:** | Addresses |
| **From:** | 125 Fort Stephenson Pl<br>Lookout Mtn, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Temporary<br>Attn: C/O: |
| **To:** | 125 FORT STEPHENSON PL<br>LOOKOUT MTN, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **For:** | |
| **Participant:** | LYNDSEY BOESELAGER |
| **File Change:** | Addresses |
| **From:** | 125 Fort Stephenson Pl<br>Lookout Mtn, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Temporary<br>Attn: C/O: |
| **To:** | 125 FORT STEPHENSON PL<br>LOOKOUT MTN, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **For:** | |
| **Participant:** | ADAM BOESELAGER |
| **File Change:** | Addresses |
| **From:** | ,<br>Type: Usage: Status:<br>Attn: C/O: |
| **To:** | 125 FORT STEPHENSON PL<br>LOOKOUT MTN, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **For:** | |
| **Participant:** | ADAM BOESELAGER |
| **File Change:** | Addresses |
| **From:** | 125 Fort Stephenson Pl<br>Lookout Mtn, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **To:** | 125 FORT STEPHENSON PL<br>LOOKOUT MTN, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **For:** | |
| **Participant:** | ADAM BOESELAGER |
| **File Change:** | Addresses |
| **From:** | 125 Fort Stephenson Pl<br>Lookout Mtn, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **To:** | 125 FORT STEPHENSON PL<br>LOOKOUT MTN, TN 373501370 USA<br>Type: USA Usage: Mailing Status: Permanent<br>Attn: C/O: |
| **For:** | |
| **Participant:** | ADAM BOESELAGER |

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

State Farm (Boeselager) 1901